**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
WARREN ZINNAMON, on behalf of himself and
all others similarly situated,

                        Plaintiffs,

            -against-                                    23 **CIVIL** 2722 (LJL)

                                                        **JUDGMENT**

PROFOUND COLOR, LLC DBA COLORIT,

                        Defendant.
-------------------------------------------------------------------X


            It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated October 17, 2023, the motion to dismiss is

GRANTED and the FAC is DISMISSED. The Second Circuit decision in Calcano was available

to Plaintiff when he filed the FAC and, even now, Plaintiff fails to identify facts he could plead

that would establish standing. Accordingly, the dismissal is with prejudice.

**Dated:**  New York, New York

        October 18, 2023


                                            **RUBY J. KRAJICK**
                                        _____
                                            **Clerk of Court**

                            **BY:**        K. Mango
                                        _____
                                            **Deputy Clerk**